THE BAY RIDGE DOCK CO., INC., and NORTHERN DOCK COMPANY, INC., Respondents, v. UNITED DRY DOCKS, INC., Appellant.— Order and order as resettled, granting plaintiffs' motion for a temporary injunction, affirmed, with ten dollars costs and disbursements, the court being of opinion that there was no abuse of

discretion exercised by the Special Term in granting the injunction. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.